# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **MARTEZ WILLIAMS,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:16-cv-03134 |
| **GOLD PLAZA PARTNERSHIP** | ) |
| | ) **Judge Waverly D. Crenshaw** |
| | ) **Magistrate Judge Alistair Newbern** |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** MARTEZ WILLIAMS (herein "Plaintiff"), GOLD PLAZA PARTNERSHIP (herein "Defendant") (collectively the "Parties") and state that this matter has been resolved. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned counsel stipulate that this action be dismissed in its entirety **with** prejudice, with each party to bear its own costs.

[SIGNATURE PAGE TO FOLLOW]

**SEEN AND AGREED** this the 3rd day of October, 2017.

| | |
|---|---|
| /s/Todd G. Cole | /s/Mary Taylor Gallagher (per consent) |
| Todd G. Cole (No. 031078) | Christopher Cardwell, Esq. |
| Advocacy Law Group | Mary Taylor Gallagher, Esq. |
| 750 Old Hickory Boulevard | Gullett, Sanford, Robinson & Martin |
| Building Two, Suite 202B | 150 Third Avenue South, Suite 1700 |
| Brentwood, TN 37027 | Nashville, TN 37201 |
| Tel: 615-435-9641 | Tel: 615-244-4994 |
| tcole@algtn.com | ccardwell@gsrm.com |
| *Attorney for Plaintiff* | mtgallagher@gsrm.com |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document has been filed electronically using the CM/ECF/system and was served electronically upon the upon all parties entered upon the Court via the Court's electronic filing system and sent via USPS to:

Christopher Cardwell
Mary Taylor Gallagher
Gullett, Sanford, Robinson & Martin
150 Third Avenue South, Suite 1700
Nashville, TN 37201
Tel: 615-244-4994
ccardwell@gsrm.com

/s/Todd G. Cole
Todd G. Cole, Esq.